**Donald Lee SMITH, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 59041.**

Missouri Court of Appeals, Western District.

Submitted June 11, 2001.

Decided Sept. 11, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Oct. 30, 2001.

Application for Transfer Denied Dec. 18, 2001.

Andrew A. Schroeder, Asst. Public Defender, Kansas City, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Dora A. Fichter, Asst. Atty. Gen., Jefferson City, MO, for Respondent.

Before EDWIN H. SMITH, P.J., JAMES M. SMART, JR., and VICTOR C. HOWARD, JJ.

### Order

PER CURIAM:

Donald Lee Smith appeals the denial of his Rule 29.15 post conviction motion. The court has considered his allegations of ineffective assistance of counsel and finds his points on appeal to be without merit. A formal opinion would lack jurisprudential value. A memorandum concerning the basis of the decision is furnished to the parties. The judgment is affirmed. Rule 84.16(b).